UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRISTHIAN FERNANDO DAVILA MACAS,
    Petitioner,

v.

ANTONE MONIZ, *Superintendent,*
*Plymouth County Correctional Facility,*
DAVID WESLING, *Field Office Director,*
*Immigration and Customs Enforcement,*
TODD LYONS, *Acting Director of U.S.*
*Immigration and Customs Enforcement,*
*U.S DEPARTMENT OF HOMELAND*
*SECURUTY,* KRISTI NOEM, *Secretary of*
*the U.S Department of Homeland Security* and
PAMELA BONDI, *Attorney General of the*
*United States,*

    Respondents.

CIVIL ACTION NO.
26-10953-BEM

## **FINAL JUDGMENT**

MURPHY, D.J.

    In accordance with this Court's Order (ECF #8) issued on February 26, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

               BY THE COURT,

               */s/ Marlene Martins*

DATED: February 26, 2026         Deputy Clerk